**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **International Holdings LLC**

Case No.: **20−69479−sms**
Chapter: **11**
Judge: **Sage M. Sigler**

# *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 8/31/20 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 09/07/20**
None Apply

**To be filed by 09/07/20**
None Apply

**To be Filed by 09/14/20**
Statement of Financial Affairs (Official Form B207)
Schedule A/B (Official Form B206A/B)
Schedule D (Official Form B206D)
Schedule E/F (Official Form B206E/F)
Schedule G (Official Form B206G)
Schedule H (Official Form B206H)
Summary of Assets and Liabilities (Official Form B206 Summary)
Declaration Under Penalty of Perjury (Official Form B202)
Corporate Resolution
List of Equity Security Holders
20 Largest Unsecured Creditors (Official Form B204)

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on September 1, 2020.

*Sage M. Sigler*

Form 430c December 2018

Sage M. Sigler
United States Bankruptcy Judge