| Information to identify the case: | | |
|---|---|---|
| Debtor | **International Holdings LLC** <br> Name | EIN **81–1907812** |
| United States Bankruptcy Court **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter **11**   **8/31/20** |
| Case number:  **20–69479–sms** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case  02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | International Holdings LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7641 Kevin Place <br> Jonesboro, GA 30236 | |
| 4. | **Debtor's attorney** <br> Name and address | Pro Se | |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas <br> Clerk of Court <br><br> 1340 United States Courthouse <br> 75 Ted Turner Drive SW <br> Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m. <br><br> Court website: www.ganb.uscourts.gov <br><br> Contact phone  404–215–1000 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **October 9, 2020 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Meeting will be telephonic. To attend, Dial: 888–902–9750 and enter: 9635734, when prompted for participation code.** |

**For more information, see page 2 >**

Debtor **International Holdings LLC**                                                                                          Case number **20–69479–sms**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debts, which may include all or part of your debt under 11 U.S.C. § 1141(d)(6)(A). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F1 (For Corporations or Partnerships)              **Notice of Chapter 11 Bankruptcy Case**                         page 2

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 20-69479-sms
International Holdings LLC                                              Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9        User: jlc              Page 1 of 1              Date Rcvd: Sep 01, 2020
                            Form ID: 309F1         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
```
db           +International Holdings LLC,    7641 Kevin Place,    Jonesboro, GA 30236-2846
aty          +Shawna Staton,    Office of the United States Trustee,    362 Richard Russell Building,
               75 Ted Turner Drive, SW,    Atlanta, GA 30303-3315
smg           Secretary of the Treasury,    15th & Pennsylvania Avenue, NW,    Washington, DC  20200
23206798     +Peak Foreclosure Services,    5900 Canoga Ave., Suite 220,    Woodland Hills, CA 91367-5124
23206799     +RS Lending, Inc.,    525 Market St., Suite 2800,    San Francisco, CA 94105-2736
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: IRS.COM Sep 02 2020 02:08:00      Internal Revenue Service,    P. O. Box 7346,
               Philadelphia, PA  19101-7346
smg           E-mail/Text: atlreorg@sec.gov Sep 01 2020 23:15:50      U. S. Securities and Exchange Commission,
               Office of Reorganization,    Suite 900,    950 East Paces Ferry Road, NE,
               Atlanta, GA  30326-1382
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 01 2020 23:15:38      United States Trustee,
               362 Richard Russell Federal Building,    75 Ted Turner Drive, SW,    Atlanta, GA 30303-3315
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
```
              Shawna   Staton    on behalf of U.S. Trustee    United States Trustee shawna.p.staton@usdoj.gov
                                                                                              TOTAL: 1
```