UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| INTERNATIONAL HOLDINGS, LLC | : | CASE NO. 20-69479-SMS |
|    DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
|    MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| INTERNATIONAL HOLDINGS, LLC, | : | |
|    RESPONDENT. | : | |

### AMENDED NOTICE OF HEARING
### ON UNITED STATES TRUSTEE'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the United States Trustee has filed a **Motion to Dismiss** this case on October 14, 2020 (Doc No. 9).

**PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Motion at the United States Bankruptcy Court, Northern District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Courtroom 1201, Atlanta, Georgia 30303 on **Wednesday, November 18, 2020, at 10:30 a.m.**

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations during COVID-19 Outbreak" tab at the top of the GANB Website prior to hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two

1

business days before the hearing. The address of the Clerk is, U.S. Bankruptcy Court, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, 13th Floor, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date: October 22, 2020    NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

*/s/ Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
*Shawna.P.Staton@usdoj.gov*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 and that on October 22, 2020, I caused a true and correct copy of the foregoing Amended Notice of Hearing on United States Trustee's Motion to Dismiss to be deposited in the U.S. Mail with correct first class postage affixed, addressed as follows:

International Holdings, LLC
7641 Kevin Place
Jonesboro, GA 30236-2846

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington DC 20200

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

RS Lending, Inc.
525 Market St., Suite 2800
San Francisco, GA 94105-2736

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Peak Foreclosure Services
5900 Canoga Ave., Suite 220
Woodland Hills, CA 91367

Date: October 22, 2020    */s/ Shawna Staton*

2